**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1264**

MARK R. OWENS,

              Plaintiff - Appellant,

        v.

MONTGOMERY COUNTY GOVERNMENT, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J.  Frederick  Motz,  Senior  District
Judge. (8:11-cv-01893-JFM)

Submitted:  July 22, 2013          Decided:  July 29, 2013

Before SHEDD, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark R. Owens, Appellant Pro Se.  Edward Barry Lattner, COUNTY
ATTORNEY'S OFFICE, Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark R. Owens appeals the district court's order granting summary judgment in favor of the Appellee on Owens' claims of age and disability discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Owens v. Montgomery Cnty. Gov't, No. 8:11-cv-01893-JFM (D. Md. Jan. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED